COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In the Interest of A. S., a Child

Appellate case number:    01-18-00985-CV

Trial court case number:   2017-00333J

Trial court:              313th District Court of Harris County

Appellant, L.G. aka L.S. aka L.S., has filed an unopposed motion for a second extension of time to file her brief. The motion is **granted**. **Appellant's brief is due to be filed with this Court no later than Friday, January 18, 2019.** *See* TEX. R. APP. P. 28.4(a), 38.6(d).

This appeal involves the termination of the parent-child relationship. Accordingly, this Court is required to bring the appeal to final disposition within 180 days of October 30, 2018, the date the notice of appeal was filed, so far as reasonably possible. *See* TEX. R. JUD. ADMIN. 6.2, *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. F app. (West 2013). **Accordingly, no further extensions will be granted.**

It is so ORDERED.

Judge's signature: ____/s/ Russell Lloyd_____
                ☒ Acting individually    ☐ Acting for the Court

Date: ___January 10, 2019___